

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2014

No. 04-14-00068-CV

Ismael **ALDABA**,
Appellant

v.

Claudia Patricia **OYERVIDES**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3143CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on April 10, 2014. Because neither the brief nor a motion for extension of time was filed by the deadline, this court ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution. Appellant responded, stating that the parties are scheduled for mediation on May 13, 2014, and requesting an extension of time to file the brief to May 30, 2014. Appellee is opposed to appellant's motion. The motion is GRANTED. Appellant's brief must be filed no later than May 30, 2014. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court